Jack Silver, Esq. SBN #160575
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.    (707) 528-8175
Fax.    (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>  Plaintiff,<br>v.<br><br>WORLD OIL MARKETING COMPANY; ROTH RETAIL PROPERTY HOLDING CO., LLC; RIBOST LAND COMPANY, LLC; and DOES 1 - 10, Inclusive,<br><br>  Defendants<br>_____/ | CASE NO.  C06-06260 SBA<br><br>**STIPULATION AND ORDER TO CONTINUE RESPONSIVE PLEADING, INITIAL DISCLOSURES AND CASE MANAGEMENT CONFERENCE DATES** |

  This action was filed on October 4, 2006 and all named defendants were served on October 20, 2006.  Initial Case Management Conference is set for January 11, 2007.  The last day to complete initial disclosures is currently set for January 3, 2007.   Defendants' responsive pleadings to the Complaint are currently due on December 20, 2006.

  The parties have met and conferred and agreed to private mediation before William L. Nagle which will take place on February 21, 2007.

  Because the outcome of the proposed mediation between the parties could resolve this matter,

the parties believe a continuance of defendants' responsive pleading deadline, the Case Management Conference, and other deadlines tied to the Case Management Conference date, is appropriate so that the parties can focus their attention on the upcoming mediation.

IT IS HEREBY STIPULATED by and between counsel for plaintiff and defendants as follows:

a) That the Case Management Conference scheduled for January 11, 2007 be continued to March 22, 2007 at 3:45 p.m.;

b) That responsive pleadings deadline for defendants World Oil Marketing Company, Roth Retail Property Holding Co., LLC and Ribost Land Company, LLC be continued to March 6, 2007;

c) That the last day to complete initial disclosures and file a Joint Case Management Statement be continued to March 15, 2007.

Dated: 12/19/06                    /s/ Jack Silver
                                   LAW OFFICE OF JACK SILVER
                                   Attorneys for Plaintiff
                                   NORTHERN CALIFORNIA RIVER WATCH

Dated: 12/19/06                    /s/ Michael G. Romey
                                   LATHAM & WATKINS, LLP
                                   Attorney for Defendants
                                   WORLD OIL MARKETING COMPANY,
                                   ROTH RETAIL PROPERTY HOLDING CO., LLC
                                   RIBOST LAND COMPANY, LLC

**PURSUANT TO SAID STIPULATION, IT IS SO ORDERED THAT:**

a) The Case Management Conference scheduled for January 11, 2007 be continued to March 22, 2007 at 3:45 p.m.; Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

b) Responsive pleadings deadline for defendants World Oil Marketing Company, Roth Retail Property Holding Co., LLC and Ribost Land Company, LLC be continued to March 6, 2007;

C06 06260 SBA

2

Stipulation and [Proposed] Order to Continue Responsive Pleading, Initial Disclosures and CMC Dates

c)     The last day to complete initial disclosures and file a Joint Case Management Statement be continued to <u>March 15, 2007</u>.

Dated: 12/20/06

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG, Judge
United States District Court

C06 06260 SBA

3

Stipulation and [Proposed] Order to Continue Responsive Pleading, Initial Disclosures and CMC Dates